UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Rachel Gathigia Mwangi<br>　　　　Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States;<br>JANET NAPOLITANO, Secretary, Department of Homeland Security;<br>DONALD NEUFIELD, Director, Laguna Niguel Office, U.S. Citizenship and Immigration Services;<br>ALEJANDRO MAYORKAS, Acting Director, U.S. Citizenship and Immigration Services<br>　　　　Defendants. | Civil Action No.: CV 10-04810 SVW |

FILED
CLERK U.S. DISTRICT COURT
NOV 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

ORDER

Upon consideration of the Motion and Joint Stipulation to Dismiss Without Prejudice, the Court hereby grants the motion.

This the 18 day of November, 2010.

_____
Honorable Stephen V. Wilson